1  SCOTT N. SCHOOLS (SCSB 9990)
   United States Attorney
2  CHARLES M. O'CONNOR (SBN 56320)
   Assistant United States Attorney
3  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
4  Telephone: (415) 436-7180
   Facsimile: (415) 436-6748
5
   JOHN M. CUMMINS (PASB 58539)
6  Special Assistant United States Attorney
   410 Palm Avenue, Building 1, Suite 161
7  San Francisco, CA   94130
   Telephone: (415) 743-4718
8  Facsimile: (415) 743-4700

9

10 Attorneys for Plaintiff

11

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16 | THE UNITED STATES OF AMERICA | Case No.: C 07-01855 MHP |
   |---|---|
17 | Plaintiff, | |
18 | v. | **NOTICE OF DISMISSAL [Fed.R.Civ.P. 41(a)(1)]** |
19 | SIERRA EQUIPMENT CO. INC., | |
20 | Defendant. | |

21

22

23

24

25     TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD AND TO THE

26 ABOVE ENTITLED COURT

27     PLEASE TAKE NOTICE that plaintiff, UNITED STATES OF AMERICA, hereby

28 NOTICE OF DISMISSAL
   U.S. v. SIERRA EQUIPMENT CO. INC. – Case No. C 07-01855 MHP

voluntarily dismisses the above entitled action without prejudice, each party to bear their own costs.

Dated: June 18, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

____/S/_____
John M. Cummins
Special Assistant U.S. Attorney

Attorneys for Plaintiff

June 20, 2007

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
NOTICE OF DISMISSAL
U.S. v. SIERRA EQUIPMENT CO. INC. – Case No. C 07-01855 MHP